MILSTEIN ADELMAN, LLP
Mark A. Milstein, State Bar No. 155513
mmilstein@milsteinadelman.com
Paul D. Stevens, State Bar No. 207107
pstevens@milsteinadelman.com
Shireen Mohsenzadegan, State Bar No. 237882
smohsenzadegan@milsteinadelman.com
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone (310) 396-9600

KABATECK BROWN KELLNER, LLP
Brian S. Kabateck, State Bar No. 152054
bsk@kbklawyers.com
Richard L. Kellner, State Bar No. 171416
rlk@kbklawyers.com
Lina Melidonian, State Bar No. 245283
lm@kbklawyers.com
Engine Company No. 28 Building
644 South Figueroa Street
Los Angeles, CA 90017
Telephone (213) 217-5000

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER J. WILSON, STACEY M. HENSON, and NICOLE HELFER.<br><br>Plaintiffs,<br><br>vs.<br><br>ORGANON USA, INC.; ORGANON PHARMACEUTICAL USA, INC.; ORGANON INTERNATIONAL, INC., ORGANON BIOSCIENCES NV; AKZO NOBEL NV; SCHERING-PLOUGH CORPORATION, MERCK & COMPANY, INC., MCKESSON CORPORATION and DOES 1-100.<br>Defendants. | Case No. 4:13-cv-00705-CW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br>Date: May 29, 2013<br>Time: 2:00 p.m.<br>Department: Courtroom 2, 4th Floor<br><br>The Honorable Claudia Wilken<br><br>**Discovery Cutoff:** none<br>**Motion Cutoff:** none<br>**Trial Date:** none |

Plaintiffs and Defendants hereby file the following Joint Stipulation:

WHEREAS, on February 15, 2013, defendants Organ USA, Inc., Organon Pharmaceuticals USA, Inc., LLC, Organon International Inc., and Merck & Co. (the "Merck Defendants") removed this matter from California State Court to this United States District Court for the Northern District of California;

WHEREAS, on February 21, 2013, the Merck Defendants filed a motion to stay this action pending transfer to the consolidated federal multidistrict litigation proceeding in the Eastern District of Missouri, known as MDL-1964;

WHEREAS, on February 25, 2013, this Court granted the Merck Defendants' motion to stay this action pending transfer to MDL-1964;

WHEREAS, the hearing regarding the transfer of this action to MDL-1964 is scheduled before the United States Judicial Panel on MultiDistrict Litigation on May 30, 2013 and therefore the transfer of this action will not be determined before that date;

WHEREAS, in the meantime, a Case Management Conference is scheduled in this Court on May 29, 2013;

WHEREFORE, given that this Court stayed this action pending transfer to MDL-1964, and the hearing regarding the transfer to MDL-1964 is not until May 30, 2013;

THE PARTIES HEREBY STIPULATE and request the Court to continue the Case Management Conference by thirty days to June 28, 2013, or as soon thereafter as the Court's calendar could accommodate, so as to provide sufficient time for the United States Judicial Panel on MultiDistrict Litigation to issue its Order regarding the transfer of this action.

///

///

///

4:13-cv-00705-CW
STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE

1

2
Respectfully submitted,

3

DATED: May 22, 2013          MILSTEIN ADELMAN, LLP
4

5
By: _/s/: Paul D. Stevens__
        Mark A. Milstein
6
        Paul D. Stevens
7
        Shireen Mohsenzadegan
        Attorneys for Plaintiffs
8

9    DATED: May 22, 2013          By: _____

10
Attorneys for Defendants Organon USA Inc.,
11   Organon Pharmaceuticals USA Inc. LLC (f/k/a
     Organon Pharmaceuticals USA Inc.), Organon
12   International Inc. and Merck & Co., Inc. (f/k/a
     Schering-Plough Corporation)
13

14
Steven J. Boranian (SBN 174183)
15   sboranian@reedsmith.com
     Lynn A. Combs (SBN 253774)
16   lcombs@reedsmith.com
     Jaclyn M. Setili (SBN 279138)
17   Jsetili@reedsmith.com
     **REED SMITH LLP**
18   101 Second Street, Suite 1800
19   San Francisco, CA 94105-3659
     Telephone: (415) 543-8700
20   Fax: (415) 391-8269
21

22
Thomas J. Yoo (SBN 175118)
23   tyoo@reedsmith.com
     Eric J. Buhr (SBN 217258)
24   ebuhr@reedsmith.com
     **REED SMITH LLP**
25   355 South Grand Avenue, Suite 2900
26   Los Angeles, CA 90071
     Telephone: (213) 457-8000
27   Fax: (213) 457-8080
28

DATED: May 22, 2013               By: _~Wendi J. Frisch~_

Attorneys for Defendants MCKESSON CORP.

Anthony G. Brazil (SBN 84297)
Abrazil@mpplaw.com
Donald L. Ridge (SBN 132171)
Dridge@mpplaw.com
Wendi J. Frisch (SBN 211555)
Wfrisch@mpplaw.com
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Fax: (213) 488-1178

IT IS SO ORDERED, case management conference will be held on 7/10/2013.

Dated: _____5/23/2013_____                _~Claudia Wilken~_

Honorable Claudia Wilken
United States District Court Judge